# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WILLIAM A. PARRISH, JR.,

        Petitioner,

- vs -

WARDEN, Marion
Correctional Institution,

        Respondent.

:

Case No. 3:16-cv-486

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

## RECOMMITAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 26) to the Magistrate Judge's Decision and Order (ECF No. 24).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental opinion analyzing the Objections and making recommendations based on that analysis.

May 4, 2017.

                                                              Walter Herbert Rice
                                                              United States District Judge