# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| WILLIAM A. PARRISH, JR )<br>*Plaintiff* )<br>v. )<br>Warden, Marion Correctional Institution )<br>*Defendant* ) | Civil Action No. 3: 16-cv-486 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment shall enter in favor of the Warden and against Parrish; Denied a Certificate of Appealability, as no reasonable jurist would find that he made a substantial showing of a denial of a constitutional right; and should not be permitted to proceed on Appeal In Forma Pauperis as any appeal would be frivolous .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Decision and Entry .

Date: 9/5/17

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*