# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WILLIAM A. PARRISH, JR.,

    Petitioner, : Case No. 3:16-cv-486

  - vs -     District Judge Walter H. Rice
    Magistrate Judge Michael R. Merz

WARDEN, Marion
  Correctional Institution,

:

    Respondent.

## RECOMMITAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 42) to the Magistrate Judge's Report and Recommendations (ECF No. 41).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental opinion analyzing the Objections and making recommendations based on that analysis.

November 20, 2017.

                                      Walter H. Rice
                                      United States District Judge