# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WILLIAM A. PARRISH, JR, :

        Petitioner,                             Case No. 3:16-cv-486

- vs -                                     District Judge Walter Herbert Rice
                                            Magistrate Judge Michael R. Merz

WARDEN, Marion Correctional Institution,

        Respondent. :

---

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 44), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

Accordingly, it is hereby ORDERED that Petitioner's Motion for Relief from Judgment pursuant to Fed. R. Civ. P. 60 (ECF No. 39) is DENIED.

December 13, 2017.

                                                              Walter Herbert Rice
                                                              United States District Judge