# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WILLIAM A. PARRISH, JR,  :

    Petitioner,  Case No. 3:16-cv-486

- vs -  District Judge Walter H. Rice
    Magistrate Judge Michael R. Merz

WARDEN, Marion Correctional Institution,

    Respondent.  :

---

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 65), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

Accordingly, it is ORDERED that Petitioner's Motion for Relief from Judgment (ECF No. 58) is DENIED. The Court certifies to the Sixth Circuit that any appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

December 4th, 2018.

                                                  Walter H. Rice
                                              United States District Judge