# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| William A. Parrish, Jr. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:16-CV-486 |
| Warden, Marion Correctional Institution | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of respondent and against petitioner.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Report and Recommendations

Date: 7/8/2020

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk